COLEMAN R. BRUCE *et al.* v. JAMES M. DEBOLT.

*Amos Green & Son*, for plaintiff in error.

*Ransom & Bailey*, for defendants in error.

PER CURIAM: February 12, 1895, the appellants filed this cause in the supreme court. June 12, 1895, appellee filed his motion to affirm the judgment of the lower court for failure upon the part of appellants to serve and file their briefs as provided by rule 6 of the rules of practice of this court. The motion is sustained, and the judgment of the lower court is affirmed.